UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
DRT GROUP, LLC,

                Plaintiff,

-v.-

DEAD RABBITS, LLC, BRIAN BIRNBAUM,
and M.K. RAINEY,

                Defendants.
------------------------------------------------------------ X

**ORDER REGULATING PROCEEDINGS**

19 Civ. 11945 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Court is in receipt of counsels' letters dated February 11, 2020. *See* ECF Nos. 22, 23. I refer the parties to my Individual Rule 2.E:

> Unless otherwise directed, counsel shall describe their disputes in a single letter, jointly composed. Separate and successive letters will be returned, unread. . . . The Court will not resolve disputes not brought to its attention in conformity with this rule.

The parties are hereby ordered to appear for a status conference on March 6, 2020, at 10:00am.

      SO ORDERED.

Dated:    February 11, 2020
             New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2020

1