USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
DRT GROUP, LLC,

                              Plaintiff,

-v.-

DEAD RABBITS, LLC, BRIAN BIRNBAUM,
and M.K. RAINEY,

                              Defendants.
------------------------------------------------------------ X

**ORDER REGULATING PROCEEDINGS**

19 Civ. 11945 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A suggestion of settlement having been made at today's status conference, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

SO ORDERED.

Dated:    March 6, 2020
             New York, New York

                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge